Case No. CV 17-8308-DOC                      Date: March 14, 2018

Title: IN RE GERSON IRVING FOX, DEBTOR

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | None |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                                  None Present

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

Appellant filed his opening brief on February 15, 2018. To date, Appellee has not filed a reply brief.

Accordingly, Appellee is hereby ordered to show cause in writing, on or before **March 16, 2018**, why this appeal should not be dismissed for lack of prosecution and failure to comply with the Court's order. Failure of Appellee to make an adequate and/or timely response to this Order will result in the dismissal of the appeal.

cc Bankruptcy Court and BAP

                                                                        :    00
                                                             Initials of Clerk      djl