SIMON ARON (State Bar No. 108183)
　saron@wrslawyers.com
JOHNNY WHITE (State Bar No. 269306)
　jwhite@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:　(310) 478-4100
Facsimile:　(310) 479-1422

Attorneys for Appellant, Theodore I. Fox

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re<br><br>GERSON IRVING FOX,<br><br>　　　Debtor. | District Court Case No.<br>2:17-cv-08308-DOC<br><br>Chapter 7<br><br>Bankruptcy Court Case No.<br>2:15-bk-24399-BB |
| THEODORE I. FOX,<br>　　　Appellant,<br>vs.<br>ELISSA D. MILLER, CHAPTER 7 TRUSTEE,<br>　　　Appellee. | **ORDER APPROVING STIPULATION TO DISMISS APPEAL [24]**<br><br>Judge: Hon. David O. Carter |

The parties herein have requested by Stipulation a dismissal of the above-captioned appeal.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The Stipulation is **APPROVED**; and
2. This appeal is dismissed with the parties to bear their own costs.

IT IS SO ORDERED.

DATED: July 17, 2018

*David O. Carter*
HONORABLE DAVID O. CARTER